# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

KEVIN CUMMINGS

## WARRANT FOR ARREST

CASE NUMBER: 00-6253-CR-NCR

FILED by _____ D.C.
AUG 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____KEVIN CUMMINGS____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   FALSE CLAIMS TO MEDICARE

in violation of Title _18_ United States Code, Section(s) _287_

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 31, 2000 Fort Lauderdale, Florida
Date and Location

RSS
Bail fixed at $ 150,000 corporate surety
bond with Nebbia

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __KEVIN C. CUMMINGS__

ALIAS: _____

LAST KNOWN RESIDENCE: __130 CLARK ST. GARDNER, MASS__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __NORTH HAMPTON, MASS__

DATE OF BIRTH: __10/21/57__

SOCIAL SECURITY NUMBER: __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__

HEIGHT: __6'3"__    WEIGHT: __306__

SEX: __M__    RACE: __W__

HAIR: __BROWN__    EYES: __BLUE__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: __RT. ARM - U.S. MARINE CORP - BULLDOG__

FBI NUMBER: __820999R9__

COMPLETE DESCRIPTION OF AUTO: __1995 RED CHRYSLER LEBARON, FL TAG B75-DUX__

INVESTIGATIVE AGENCY AND ADDRESS: __FBI, 16320 NW 2nd Avenue, North Miami Beach, FL. 33169.__