AO 442 (Rev. 12/85) Warrant for Arrest    AUSA Robert N. Nicholson    FBI S/A PARENTE

503571

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

KEVIN CUMMINGS

## WARRANT FOR ARREST

CASE NUMBER: CO-6253-CR-
                              WK

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ **KEVIN CUMMINGS** ____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) **FALSE CLAIMS TO MEDICARE**

in violation of Title **18** United States Code, Section(s) **287**

---

**CLARENCE MADDOX**
Name of Issuing Officer

*[signature]* Dinnay Butler
Signature of Issuing Officer

**COURT ADMINISTRATOR\CLERK OF THE COURT**
Title of Issuing Officer

August 31, 2000 Fort Lauderdale, Florida
Date and Location

RSS
Bail fixed at $ 150,000 so-called Surety
bond w/ Th Nebbia

by **BARRY S. SELTZER, U.S. Magistrate Judge**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at **Worchester, MA** |

| DATE RECEIVED 8/31/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER *[signature]* Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 9/12/00 | | |