OCT 2000

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 80274-038

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6253-CR-NCR
                          ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
KEVIN CUMMINGS )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
     U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-3-00      am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD MEDICARE

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 10-21-57

(6) Type of Charging Document: (check one)
     [X] Indictment   [ ] Complaint   To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: USMS      (11) Phone: _____

(12) Comments: _____