| | |
|---|---|
| DEFT: Kevin Cummings (J)# | CASE NO: 00-6253-CR-Roettger |
| AUSA: Bob Nicholson /Thompson/ | ATTNY: Pat Hunt |
| AGENT: | VIOL: 18:287 |
| PROCEEDING: Initial Appearance | BOND REC: 150,000 Corp. Surety w/nebbi |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: APD |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
     ___ Electronic Monitoring _____

△ - Advised of charges
√ - Sworn for Counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No Bond Hrg. held —
will contact Court
to set at future date.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 10-19-00   11:00am   SNOW

DATE: 10-4-00   TIME: 11:00am   TAPE # 00-097 G #  5

2318-2593
Recalled
2894-2990