

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6253-CR-Roettger

UNITED STATES OF AMERICA

vs

Kevin Cummings

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 10-4-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: In Custody _____

Telephone: _____

DEFENSE COUNSEL:  Name: FPD _____

Address: _____

Telephone: _____

BOND SET/CONTINUED: $___Cont'd in custody-will contact court for bond hearing

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this ___4___ day of _October_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. _00-077_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services