HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT KEVIN CUMMINGS     CASE NO: 00-6253-CR-ROETTGER
AUSA ROBERT NICHOLSON /Kay   ATTY FPD - Tim Day
M/due M-3    00-054 / 1236

DEFT JONATHAN KROLL     CASE NO: 00-6082-CR-FERGUSON
AUSA ROGER POWELL /Kay   ATTY SUSAN VAN DUSEN, ESQ. pre-
M/due 11-10    al kreizer 00-054 @ 1295

DEFT_____    CASE NO:_____
AUSA_____    ATTY_____

DEFT_____    CASE NO:_____
AUSA_____    ATTY_____

DEFT_____    CASE NO:_____
AUSA_____    ATTY_____

DEFT_____    CASE NO:_____
AUSA_____    ATTY_____

DATE 10-19-00    TIME 11:00