UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6253-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

KEVIN CUMMINGS,    :

    Defendant.    :

_____

**STATUS REPORT**

A status conference was held in this cause on October 19, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery will be provided on October 20, 2000.

    2. Counsel for the defendant shall have until November 3, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 20th day of October, 2000.

                        LURANA S. SNOW
                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robert Nicholson (FTL)
AFPD Tim Day (FTL)