HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6253-CR-NCR  Date: 12/1/00
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): U.S.A.  Counsel: Nicholson

Defendant(s): K. Cummings (J)  Counsel: J. Day

Reason For Hearing: Plea Ct #9

Result of Hearing/Judgment: ∆ plead & adj. as guilty. PSI ordered. Sent. set Feb 9, 2001 at 10:30 A.M.

Misc.: _____