FILED by _____ D.C.

FEB ? 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6253-CR   Date: 2/7/01
Courtroom Clerk: P. Hart   Court Reporter: Burroes
Probation Officer: Present   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Nucabo for Nicholson

Defendant(s): K. Cummings (J)   Counsel: J. Day

Reason For Hearing: Sentencing

Result of Hearing/Judgment: 21 months Ct#1. Rest., assessed $100.00, 3 yrs S.R. Mental & substance abuse program. Fulltime empl, self employment. 500 hr BOP Drug program. Ft. Devens - Ayer, MA

Misc.: _____

19/01