DISTRICT OF MASSACHUSETTS
595 Main Street
Worcester, Massachusetts 01608

**Tony Anastas**
**Clerk of Court**

**Leann T. Ouellette**
**Courtroom Clerk to**
**Charles B. Swartwood, III**
**U.S. Magistrate Judge**
**(508) 793-0126**

February 15, 2001

United States District Court
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida  33301

Re: United States   v. Kevin Cummings
Our Case No: 00-1709-CBS
Your Case No: 00-6253 NCK

Dear Clerk:

In connection with the above entitled Removal Proceedings, enclosed
herewith please find the following documents:

( ✓ ) Copy of warrant
( ) Copy of complaint
( ✓ ) Copy of Indictment
( ✓ ) Original courtnotes
( ✓ ) Financial affidavit
( ) Notice of appearance of counsel
( ✓ ) Affidavit of Michael G. Wilson, Special Agent
( ) Waiver of Rule 40 hearing
( ✓ ) Order of appointment of counsel
( ✓ ) Order holding defendant to answer
( ) Copy of appearance bond
( ) Order setting conditions of release
( ✓ ) Order of commitment to another district
( ) Copy of petition on probation and supervised release
( ✓ ) Copy of exhibits

Please acknowledge receipt of same on the copy of this letter and return to
this office for filing.  Thank you.

Sincerely,

Leann T. Ouellette
Courtroom Deputy

cr-06253-JEM   Document 22   Entered on FLSD Docket 02/26/2001   Pa

# UNITED STATES DISTRICT COURT

——— District of ——— Massachusetts

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| V. | **DISTRICT** |
| Kevin Cummings | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00-6253 | 00-1709-CBS | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. §  287

**DISTRICT OF OFFENSE**

Southern District of Florida

**DESCRIPTION OF CHARGES:**

Medicare fraud

**CURRENT BOND STATUS:**

☐ Bail Fixed at                    and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☒ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☒ No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9-20-00
_____          _____
Date                              United States Judge or Magistrate Judge

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
|---|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DOCKETED**

|                           |   |                          |
|---------------------------|---|--------------------------|
| UNITED STATES OF AMERICA, | ) |                          |
|                           | ) |                          |
|                           | ) |                          |
| vs.                       | ) | **CRIMINAL ACTION**      |
|                           | ) | **NO. 00-1709-CBS**      |
| KEVIN CUMMINGS,           | ) | (See also United States  |
| Defendant,                | ) | District Court, Southern |
|                           | ) | District of Florida,     |
|                           | ) | Case No. CR-00-6253)     |

**ORDER**
**September 19, 2000**

**SWARTWOOD, M.J.**

### Nature of the Proceeding

Kevin Cummings ("Mr. Cummmings") was arrested in this District on September 12, 2000, pursuant to an outstanding warrant for his arrest in connection with an Indictment returned in the United States District Court for the Southern District of Florida on August 31, 2000, charging Mr. Cummings with twenty counts of filing false claims under Medicare and aiding and abetting in violation of 18 U.S. §§ 287 and 2.

Mr. Cummings appeared before this Court for his initial appearance on September 12, 2000, at which time he was advised of his right to waive removal and voluntarily return to the Southern District of Florida, his right to an identity hearing and his rights under Fed. R. Crim. P. 20.   At Mr. Cummings' initial



appearance, the Government represented that it would agree to Mr. Cummings' release for his appearance in the Southern District of Florida upon $150,000 surety bond and other conditions. At the time of Mr. Cummings' initial appearance, I determined that he was indigent and that he did not have the ability to obtain $150,000 surety bond and that imposition of such a condition would in reality result in Mr. Cummings' detention in this District. Therefore, I continued the matter to September 14, 2000 for further hearing. At the hearing on September 14, 2000, the Government moved for detention on the grounds of 18 U.S.C. §§ 3142(f)(2)(A)(risk of flight) and (f)(2)(B)(risk that Defendant will obstruct justice by intimidating a prospective witness).

A hearing was then held on the Government's motion for detention in accordance with Fed. R. Crim. P. 40(a)(commitment to another District) and at that hearing, the Government presented exhibits which were admitted into evidence and Mr. Cummings presented the testimony of his brother-in-law, Gary L. Taylor, of 130 Clark Street, Gardner, Massachusetts.

### Facts Relative to Identity

1. At the time that Mr. Cummings was arrested, he had in his possession a Florida drivers license containing a picture and personal information such as a Florida address, date of birth, sex and height. Govt. Ex. 1. The picture on the Florida license is that of the person who was arrested in this District under the name of Kevin Cummings.

- 2 -

2.    When Mr. Cummings was arrested, he spontaneously asked
the FBI agent who arrested him whether this arrest had to do with
"Medicare fraud".    Govt. Ex. 3.

3.    The person arrested in this District as Kevin Cummings
has the same date of birth as the person named in the Indictment.
Govt. Exs. 2 and 3.

### Identity

I find that the person arrested in this District as Kevin
Cummings is the same person who is named in the Indictment returned
in the Southern District of Florida.

### Facts Relative to Detention

1.    The Indictment returned against Mr. Cummings alleges that
from August 25, 1999 through November 23, 1999, Mr. Cummings was
engaged in filing false claims with Medicare for approximately
$200,000.

2.    Mr. Cummings brother-in-law, Mr. Taylor, testified that
Mr. Cummings has been a model citizen while living with him, his
wife and seven children in Gardner, Massachusetts for the past
three months.    Additionally, Mr. Cummings has helped around the
house and with the children. However, Mr. Taylor had never met Mr.
Cummings until he came to live with Mr. Taylor three months ago.

3.    Evidence was presented that in 1999, Mr. Cummings
assaulted his wife.    Govt. Ex. 2.  Mr. Cummings then violated his
probation by having contact with his wife which was prohibited.
For that violation, Mr. Cummings served a 90 day sentence.    Govt.
Exs. 2 and 3.    While serving this sentence, Mr. Cummings' wife

- 3 -

closed out his business and sold the assets. Govt. Ex. 3. Mr. Cummings blames his wife for his business problems that has resulted in this Indictment. Id.

### Detention

The Government has moved that Mr. Cummings be detained in accordance with 18 U.S.C. §§ 3142(f)(2)(A)(risk of flight) and (f)(2)(B)(risk that Defendant will obstruct justice by intimidating a prospective witness). Although Rule 40 does not directly address the issues of detention and release on conditions, courts have generally recognized that a Defendant can be detained in the arresting District prior to removal. United States v. Whitehurst, 116 F.R.D. 511 (D.Minn. 1987). Therefore, 18 U.S.C. § 3142 ("the Bail Reform Act" or "the Act") sets forth the procedure for detaining a Defendant pending trial. Under the Act, the judicial officer shall order that, pending trial, the Defendant be (1) released on his or her own recognizance or upon execution of an unsecured bond; (2) released on a condition or combination of conditions; (3) temporarily detained to permit revocation of conditional release, deportation, or exclusion; or (4) detained. 18 U.S.C. § 3142(a). Under the Act, the judicial officer may detain a person pending trial only if, after a detention hearing held pursuant to 18 U.S.C. § 3142(f), the judicial officer determines that "no condition or combination of conditions [set forth under 18 U.S.C. § 3142 (b) or (c)] will reasonably assure the appearance of the person as required and the safety of any other person and the community". 18 U.S.C. § 3142(e). The Supreme Court, in United

- 4 -

States v. Salerno, 481 U.S. 739, 747, 107 S.Ct. 2095, 95 L.Ed.2d 697 (1987) has cautioned that "[in our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." Id. at 755, 107 S.Ct. at 2105. For this reason, the Defendant may be detained only if the judicial officer finds by (1) *clear and convincing evidence*, that the Defendant is a danger to the community, or (2) a *preponderance of the evidence*, that the Defendant poses a risk of flight. See 18 U.S.C. § 3142 (f); United States v. Jackson, 823 F.2d 4-5 (2d Cir. 1987); United States v.Berrios-Berrios, 791 F.2d 246, 250 (2d Cir. 1986), *cert. denied*, 479 U.S. 978, 107 S.Ct. 562, 93 L.Ed.2d 568 (1986). See also United States v. Patriarca, 948 F.2d 789, 792-93 (1st Cir. 1991). Furthermore, the judicial officer "may not impose a financial condition that results in the pretrial detention of the person". 18 U.S.C. § 3142 (c).

The Bail Reform Act establishes a two step procedure for making the determination that a defendant should be detained. First, the Government is entitled to move for detention where the defendant has been charged with one of the offenses enumerated in the statute for which Congress has determined that detention is warranted. See 18 U.S.C. § 3142 (f)(1). The Government may also move for detention, or the judicial officer may on his or her own motion move for detention, where the case involves a serious risk that the defendant will flee or that the defendant will obstruct or attempt to obstruct justice. 18 U.S.C. § 3142(f)(2). Second, the

judicial officer must determine whether any condition or combination of conditions will adequately ensure the appearance of the Defendant and the safety of the community against any danger posed by the Defendant's pretrial release. <u>See</u> <u>United States v. Friedman</u>, 837 F.2d 48, 49 (2d Cir. 1988).

In making the determination as to whether "any condition or combination of conditions will reasonably assure the appearance of the [Defendant] as required", the judicial officer is compelled to consider the following factors:

(1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person, including--

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

(B) whether, at the time of the current offense or arrest, he was on probation, on parole, or other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

18 U.S.C. § 3142(g).

Discussion of Whether Detention Is Warranted

(1) <u>Mr. Cummings' History and Characteristics</u>

Mr. Cummings was born in Northampton, Massachusetts and except for active service with the U.S. Marine Corps from 1974 to 1978, he

- 6 -

continued to reside in the Northampton area until he moved to Florida approximately thirteen years ago. For the past three months, Mr. Cummings has lived with his sister, brother-in-law and their seven children.

Mr. Cummings has been married three times. As a result of his first marriage, he has a nineteen year old son with whom he has had no contact for the past ten months and there is a restraining order outstanding in Florida prohibiting Mr. Cummings from seeing his son. Mr. Cummings was married to his second wife from 1989 to 1994 and in 1997, married his third wife. Mr. Cummings has been separated from his third wife for the past year. In June of 1999, Mr. Cummings served a ninety day sentence for violation of probation arising out of a charge of battery upon his third wife. Govt. Exs. 2 and 3.

In 1981, Mr. Cummings was given a six month split sentence, thirty days committed with the balance suspended in the Northampton District Court for defrauding an insurer. In 1984, Mr. Cummings received a thirty day sentence in the Northampton District Court for assault and battery.

Mr. Cummings has had an alcohol problem since 1978, but when he recently returned to Massachusetts to live with his sister and brother-in-law, he went through a five day program in Western Massachusetts for detoxification. However, Mr. Cummings has had no further treatment, but according to his brother-in-law, Mr. Taylor, he has not used alcohol since his detoxification.

- 7 -

(2) <u>Nature of the Offense and Weight of the Evidence</u>

The Indictment returned against Mr. Cummings establishes probable cause for the offenses charged in that Indictment.

The United States has moved for detention pursuant to 18 U.S.C. §§ 3142(f)(2)(A) and (f)(2)(B). I do not find that there is sufficient evidence for me to conclude that Mr. Cummings would attempt to obstruct justice by threatening his wife as a potential witness and therefore, do not find that I can detain Mr. Cummings pursuant to 18 U.S.C. § 3142(f)(2)(B). Therefore, in order for Mr. Cummings to be detained, the Government must prove that there are no conditions or combination of conditions that would reasonably assure his appearance as required. The Government's burden of proof is by a *preponderance of the evidence*, that Mr. Cummings, if released, would not appear as required.

(3) <u>Whether Mr. Cummings Poses A Risk Of Flight</u>

It is clear from Mr. Taylor's testimony that for the past three months, Mr. Cummings has made an admirable effort to combat an alcohol problem which he has had since 1978. However, Mr. Cummings has only undergone five days of detoxification for his alcohol problem without any continuing treatment. Therefore, the possibility of a relapse exists and if that should occur, there exists the potential that Mr. Cummings would revert to his prior behavior which not only includes flight, but as in the past, a risk of engaging in violent behavior. I recognize that this discussion is speculative and I do not base my decision to detain Mr. Cummings solely on this potential risk. The best evidence of Mr. Cummings'

risk of flight is his past action in leaving Florida when he knew an Indictment for Medicare fraud was immanent. The Indictment in this case was returned on August 31, 2000. Mr. Cummings left Florida sometime in late May or early June 2000. When the FBI arrested Mr. Cummings, he knew that his arrest was in connection with alleged Medicare fraud in Florida. Simply stated, I find that Mr. Cummings left Florida to avoid answering the charges contained in this Indictment. Therefore, considering that the Indictment establishes probable cause for the offenses charged against Mr. Cummings, that he may be incarcerated if he is found guilty of those offenses and his prior flight to avoid prosecution of these offenses, I find by a preponderance of the evidence that there are no conditions or combination of conditions that will assure Mr. Cummings' appearance in the Souther District Court of Florida if he were released.

V.   Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.   That Mr. Cummings be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.   That Mr. Cummings be afforded a reasonable opportunity for private consultation with counsel; and

- 9 -

3.    On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Cummings is detained and confined shall deliver Mr. Cummings to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

- 10 -

# United States District Court

—————————————— DISTRICT OF ——————————————

USA        v.   Cummings

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:  00-1709-CBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Swarthood | Carmody for Hodgens | Gribouski |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/14/00 | Tape | uellette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Exhibits |
| 1 | | 9/14/00 | ✓ | ✓ | Copy D's Fla. drivers license |
| 2 | | | ✓ | ✓ | 8/26/00 Fla. Sheriffs crim record. |
| 3 | | | ✓ | ✓ | FBI statement of arrest    FD.302 |
| 4 | | | ✓ | ✓ | Appl. for employ. |
| 5 | | | ✓ | limited | Medicare form (HCFA) to Δ 11/19/99 |
| | | | | | Witness |
| | 1 | | | | Gary Taylor, brother-in-law. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* include a notation as to the location of any exhibit not held with the case file or not available because of size.







Broward County Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, Fl 33312
(954) 831-8900

IN REPLY REFER TO:
(954) 831-8700

DATE: ___8·26·00___

TO WHOM IT MAY CONCERN:

___Cummings, Kevin___          ___10·21·57___
          NAME                   DATE OF BIRTH

Based on the above information, a check of the Broward County
Records was completed. The records of this agency reflect the
following:

_____ NO RECORD

_____ FELONY RECORD (MINIMUM TEN (10) YRS)

*********************************************************************

_____ TRAFFIC RECORD **

_____X_____ MISDEMEANOR RECORD **

** RECORDS MAY BE INCONCLUSIVE, FOR A COMPLETE CHECK ON TRAFFIC
AND MISDEMEANOR, CONTACT ONE OF THE CLERK'S OFFICES LISTED BELOW:

CENTRAL COURTHOUSE                    NORTH SATELLITE
COURTHOUSE

Broward County                        1600 W. Hillsboro Blvd.
201 S.E. 6th Street                   Deerfield Beach, FL
33442
Fort Lauderdale, FL  33301

WEST SATELLITE COURTHOUSE             SOUTH SATELLITE
COURTHOUSE

100 N. Pine Island Road               3550 Hollywood Blvd.
Plantation, FL  33317                 Hollywood, FL   33021

___L Goodman___
CHECKED BY

GOVERNMENT
EXHIBIT
B
9·14·00

```
JI08
                                                                  PAGE   1
                           ------DEFENDANT-----
DEFT #: 99001124MM10A  CS TYPE: MISD
   LOC: BROWARD COUNTY CENTRAL COURTHOUSE   SECURITY:
   DEFT NAME: CUMMINGS, KEVIN JOHN                        BCCN #:
   RACE: WHITE      SEX: MALE     DOB: 10/21/57 JUV:
   JUDGE DIV: MV JUDGE: ROBERT W LEE
   ARST AGCY: BROWARD SHERIFF OFFICE
   MNCP: BROWARD COUNTY                   DATE OF INCIDENT: 01/15/99
   ACCID: DOMEST VIOLENCE DAMAGE AMT:         HOLD/FUG:
   DATE ENTR: 01/22/99 USER: JANICE ROBINSON     KEY: CS
   **SUMMARY DATA** DEFT INIT: 01/16/99 DEFT STAT: COMPLETED
   ARST DATE: 01/15/99 CURR ARST #: BS99012131 GEN CUST:
   CUST STATUS:                   BOND CO:    BOND AMT:         .00+
   DEF ATTY: BELLIS, RICHARD IVAN                    ATTY TYPE: PA
   # CNTS: 001 OP CNTS: 000 OP CAP: 0 CAPIAS DATE:        OP D6: 00
   OP BOND: 00 OP APPL: 00 OP COLL: 00 FIND DATE: 03/29/99
   DEFT COMPL DATE: 06/15/99 NAME: CUMMINGS, KEVIN JOHN
  ** PRESS ENTER FOR NEXT PAGE **
```

```
JI08
                                                                    PAGE   2
                        --------COUNT-------
DEFT #: 99001124MM10A  CNT: 001 FILE DATE: 02/16/99
    FILE TYPE: STATE ATTORNEY - INFORMATION
    FILING AGENCY: BROWARD SHERIFF OFFICE
    CUR STAT: MXXD784031      CUR STAT DESC: BATTERY <
    AMEND/REFILE:          STAT TYPE: MISD      DEGREE: 1 SRS CODE: MM101
    OR PLEA: WRITTEN PLEA/NOT GUILTY-JURY  OR PLEA DATE: 01/26/99
    CH PLEA: NOLO CONTENDERE      FIND ALL:
    FIND: CONVICTED BY PLEA              FIND DATE: 03/29/99
    ADJ: WITHHELD   ADJ DATE: 03/29/99 ADJ ALL:
    SENT: SENTENCED      NOTE:
    DATE ENTR: 03/30/99 USER: BETTY BRYANT       KEY: CO
    **SUMMARY DATA** COUNT STATUS: COMPLETED  OP CAP: 0 SENT DATE: 07/09/99
    OP D6: 00
   ** PRESS ENTER FOR NEXT PAGE **
```

4-o            1 Sess-1    10.0.4.240              TCP#034           1/2

JI08

```
                        ------ACTIVITY------
DEFT #: 99001124MM10A  CNT: 001 ACTV SEQ: 01 ACTIVITY DATE: 04/29/99
    ACTIVITY: VOP WARRANT      ON-LINE CAPIAS:
    CUST STATUS: NO BOND            BOND AMT:        .00+
    OVER IND: YES        DEFT DATE:        SUSP DATE:
    DHSMV DATE:          NOTE: PER J/HOROWITZ
    DATE ENTR: 04/29/99 USER: CAROL M WILLIS       KEY: AN

                        --ACTIVITY REMARKS--
DEFT #: 99001124MM10A  CNT: 001 ACTV SEQ: 01 ACRM SEQ: 01 DATE: 06/08/99  +
    REMARK: VIOLATION OF PROBATION WARRANT SERVED
    NOTE: FROM DOCKET                          FINAL: YES
    DATE ENTR: 06/09/99 USER: REGIS MOORE        KEY: AC
  ** PRESS ENTER FOR NEXT PAGE **
```

```
JI08
                                                                  PAGE   4
                          --------BOND--------
DEFT #: 99001124MM10A  CNT: 001 BOND SEQ: 01 DATE POSTED: 01/17/99
    BOND TYPE: SURETY BOND          BOND CO: A1A BAIL BONDS
    POWER #: 00090156 BOND #: SBAIA00090156 BOND AMT:    3,500.00+
    INS CO: ROCHE SURETY & CASUALTY
    DEPOSITOR:                                      AUTH: NO
    DISCHARGE DATE: 03/29/99 DISCHARGE ENT: 03/30/99 DATE ENTR: 03/30/99
    USER: BETTY BRYANT        KEY: BN

                        ------SENTENCE------
DEFT #: 99001124MM10A  CNT: 001 SEQ: 01 DATE: 03/29/99
    JUDGE: ALFRED HOROWITZ     REVISED:          WORK PERMIT:
    LIC R/S/I/E:           YEARS:    MONTHS:    DAYS:     PROB/CC: PROB REVOK
    YEARS:    MONTHS: 12 DAYS:    PROB/CC END DATE: 06/11/99
    SPECIAL COND: THE FOLLOWING IS A SPECIAL CONDITION OF PROBATION
    PROG: GLASS HOUSE PROGRAM                    DRIV SCHOOL CMPL:
    SPECIAL COND: THE FOLLOWING IS A SPECIAL CONDITION OF PROBATION
    TOT AMT IMPOSED:      140.00+
    NOTE: NO CONT W/VCTM//ALCH/SUBST EVAL            CONCURRENT:
    DEFT #:                DATE ENTR: 06/15/99 USER: BETTY BRYANT
    KEY: SE
  ** PRESS ENTER FOR NEXT PAGE **
4-ᴼ                1 Sess-1    10.0.4.240               TCP#034          1/2
```

```
JI08
                                                              PAGE   5
                        ------SENTENCE------
DEFT #: 99001124MM10A  CNT: 001 SEQ: 02 DATE: 06/11/99
    JUDGE: ALFRED HOROWITZ       REVISED: YES       WORK PERMIT:
    JAIL/CC: CNTY JAIL   YEARS:     MONTHS:    DAYS: 364
    CREDIT TIME SERV: YES        YEARS:     MONTHS:    DAYS: 021
    TOT AMT IMPOSED:           .00+
    NOTE: S/C TO COMM ON 061999' @ BCJ BY 4PM            CONCURRENT:
    DEFT #:                  DATE ENTR: 06/15/99 USER: BETTY BRYANT
    KEY: SE
DEFT #: 99001124MM10A  CNT: 001 SEQ: 03 DATE: 07/09/99
    JUDGE: ALFRED HOROWITZ       REVISED: YES       WORK PERMIT:
    JAIL/CC: CNTY JAIL   YEARS:     MONTHS:    DAYS: 090
    CREDIT TIME SERV: YES        YEARS:     MONTHS:    DAYS: 050
    SPECIAL COND: THE FOLLOWING IS A SPECIAL CONDITION OF PROBATION
    PROG: WORK RELEASE                           DRIV SCHOOL CMPL:
    TOT AMT IMPOSED:           .00+
    DEFT #:                  DATE ENTR: 07/14/99 USER: BETTY BRYANT
    KEY: SE
  ** PRESS ENTER FOR NEXT PAGE **
```

---

```
4-©            1 Sess-1    10.0.4.240              TCP#034        1/2
```

```
JI08
                                                              PAGE   6
                       ---SENT PROVISIONS--
DEFT #: 99001124MM10A  CNT: 001 SH SEQ: 01
    FIN AMOUNT:          .00+ COURT COST:        17.00+
    RESTITUTION:         .00+ CNTY/COST SUPV: BROWARD / $40.00
    COND: NO ALCOHOL           COND: NO INTOXICANTS
    COND: RANDOM URINALYSIS    COND: PROBATION BY MAIL
    JURISD RETAINED:      DATE ENTR: 03/30/99 USER: BETTY BRYANT
    KEY: SH
DEFT #: 99001124MM10A  CNT: 001 SH SEQ: 02
    FIN AMOUNT:          .00+ COURT COST:         .00+
    RESTITUTION:         .00+ CNTY/COST SUPV:
    COND: PROBATION REVOKED    COND:
    JURISD RETAINED:      DATE ENTR: 06/15/99 USER: BETTY BRYANT
    KEY: SH
DEFT #: 99001124MM10A  CNT: 001 SH SEQ: 03
    FIN AMOUNT:          .00+ COURT COST:         .00+
    RESTITUTION:         .00+ CNTY/COST SUPV:
    COND: PROBATION REVOKED    COND:
    JURISD RETAINED:      DATE ENTR: 07/14/99 USER: BETTY BRYANT
    KEY: SH
  ** END OF INQUIRY **
```

```
JI08
                                                                    PAGE   1
                         ------DEFENDANT-----
DEFT #: 99000980MM20A  CS TYPE: MISD
    LOC: NORTH SATELLITE COURTHOUSE          SECURITY:
    DEFT NAME: CUMMINGS, KEVIN                          BCCN #:
    RACE: WHITE      SEX: MALE      DOB: 10/21/57 JUV:
    JUDGE DIV: NC JUDGE: 0001
    ARST AGCY: BROWARD SHERIFF OFFICE/POMPANO BCH
    MNCP: POMPANO BEACH                   DATE OF INCIDENT: 03/12/99
    DATE ENTR: 04/14/99 USER: MARY APICELLI          KEY: CS
   **SUMMARY DATA** DEFT INIT: 04/14/99 DEFT STAT: COMPLETED
    ARST DATE: 06/08/99 CURR ARST #: BS99012131 GEN CUST:
    CUST STATUS:                    BOND CO:    BOND AMT:          .00+
    # CNTS: 002 OP CNTS: 000 OP CAP: 0 CAPIAS DATE:        OP D6: 00
    OP BOND: 00 OP APPL: 00 OP COLL: 00 FIND DATE: 07/13/99
    DEFT COMPL DATE: 06/05/00 NAME: CUMMINGS, KEVIN
   ** PRESS ENTER FOR NEXT PAGE **
```

```
   JI08
                                                                PAGE   2
                        --------COUNT-------
DEFT #: 99000980MM20A  CNT: 001 FILE DATE: 04/14/99
    FILE TYPE: STATE ATTORNEY - NOT IN CUSTODY
    FILING AGENCY: BROWARD SHERIFF OFFICE/POMPANO BCH
    CUR STAT: MXXD87703       CUR STAT DESC: DISORDERLY CONDUCT
    AMEND/REFILE:             STAT TYPE: MISD      DEGREE: 2 SRS CODE: MM201
    CUST STATUS: SURETY BOND           CITATION:         NTA #:
    OR PLEA: ARRAIGNMENT / NOLO CONTENDERE  OR PLEA DATE: 07/13/99
    FIND: CONVICTED BY PLEA                 FIND DATE: 07/13/99
    ADJ: ADJUDICATE ADJ DATE: 07/13/99 ADJ ALL:
    SENT: SENTENCED       NOTE: FAXED TO ROOM 349 060999
    DATE ENTR: 07/15/99 USER: CELIA MASSORO       KEY: CO
   **SUMMARY DATA** COUNT STATUS: COMPLETED  OP CAP: 0 SENT DATE: 07/13/99
    OP D6: 00

                        ------ACTIVITY------
DEFT #: 99000980MM20A  CNT: 001 ACTV SEQ: 01 ACTIVITY DATE: 04/14/99
    ACTIVITY: SUMMONS         ON-LINE CAPIAS:
    CUST STATUS:                    BOND AMT:       .00+
    DATE ENTR: 04/14/99 USER: MARY APICELLI       KEY: AN
   ** PRESS ENTER FOR NEXT PAGE **
```

```
JI08
                                                                  PAGE   3
                          --ACTIVITY REMARKS--
DEFT #: 99000980MM20A  CNT: 001 ACTV SEQ: 01 ACRM SEQ: 01 DATE: 04/28/99
    REMARK: SUMMONS NOT SERVED
    NOTE:                                           FINAL: YES
    DATE ENTR: 05/11/99 USER: MARY APICELLI         KEY: AC

                          ------ACTIVITY------
DEFT #: 99000980MM20A  CNT: 001 ACTV SEQ: 02 ACTIVITY DATE: 05/17/99
    ACTIVITY: CAPIAS          ON-LINE CAPIAS:
    CUST STATUS:                       BOND AMT:     500.00+
    DHSMV DATE:              NOTE: SUMMONS RETURNED NOT SERVED
    DATE ENTR: 05/21/99 USER: MARY APICELLI         KEY: AN

                          --ACTIVITY REMARKS--
DEFT #: 99000980MM20A  CNT: 001 ACTV SEQ: 02 ACRM SEQ: 01 DATE: 06/08/99
    REMARK: CAPIAS SERVED
    NOTE:                                           FINAL: YES
    DATE ENTR: 06/09/99 USER: BOOKING INTERFACE     KEY: AC
  ** PRESS ENTER FOR NEXT PAGE **
```

```
JI08
                                                                  PAGE   4
                         --------BOND--------
DEFT #: 99000980MM20A  CNT: 001 BOND SEQ: 01 DATE POSTED: 06/12/99
    BOND TYPE: SURETY BOND           BOND CO: A1A BAIL BONDS
    POWER #: 00110050 BOND #: SBAIA00110050 BOND AMT:        500.00+
    INS CO: ROCHE SURETY & CASUALTY
    DEPOSITOR: AIA BAIL BONDS                          AUTH: NO
    NOTE: DISCHARGE TO BONDSMAN                         SPLIT/DUP:
    DISCHARGE DATE: 07/13/99 DISCHARGE ENT: 07/19/99 DATE ENTR: 07/19/99
    USER: DIANNE H KARP        KEY: BN

                         ------SENTENCE------
DEFT #: 99000980MM20A  CNT: 001 SEQ: 01 DATE: 07/13/99
    JUDGE: KATHLEEN IRELAND     REVISED:          WORK PERMIT:
    TIME SERVED: YES        # OF WEEKENDS:
    TOT AMT IMPOSED:           .00+
    DEFT #:                 DATE ENTR: 07/15/99 USER: CELIA MASSORO
    KEY: SE
  ** PRESS ENTER FOR NEXT PAGE **
```

JI08

--------COUNT-------
DEFT #: 99000980MM20A  CNT: 002 FILE DATE: 04/14/99
    FILE TYPE: NO INFORMATION
    FILING AGENCY: BROWARD SHERIFF OFFICE/POMPANO BCH
    CUR STAT: MXXD784011         CUR STAT DESC: ASSAULT
    AMEND/REFILE:            STAT TYPE: MISD        DEGREE: 2 SRS CODE: MM201
    CUST STATUS: SUMMONS         CITATION:          NTA #:
    FIND: NO INFORMATION                    FIND DATE: 04/13/99
    DATE ENTR: 01/27/00 USER: MARYPAT RADY         KEY: CO
    **SUMMARY DATA** COUNT STATUS: COMPLETED  OP CAP: 0 SENT DATE:
    OP D6: 00

                        ------ACTIVITY------
DEFT #: 99000980MM20A  CNT: 002 ACTV SEQ: 01 ACTIVITY DATE: 04/14/99
    ACTIVITY: SUMMONS        ON-LINE CAPIAS:
    CUST STATUS:                BOND AMT:          .00+
    DATE ENTR: 04/14/99 USER: MARY APICELLI        KEY: AN
    ** END OF INQUIRY **

```
JI08
                                                                    PAGE   1
                           ------DEFENDANT-----
DEFT #: 00022883TI30A  CS TYPE: TRAF INFRA
    LOC: WEST SATELLITE COURTHOUSE            SECURITY:
    DEFT NAME: CUMMINGS, KEVIN J                          BCCN #:
    RACE: WHITE      SEX: MALE     DOB: 10/21/57 JUV:
    ARST AGCY: BROWARD SHERIFF OFFICE
    MNCP: TAMARAC                          DATE OF INCIDENT: 02/06/00
    DATE ENTR: 03/30/00 USER: SHANNON LOIZZO      KEY: CS
   **SUMMARY DATA** DEFT INIT: 03/30/00 DEFT STAT: ACTIVE
    CUST STATUS:                   BOND CO:   BOND AMT:          .00+
    NEXT DATE: 04/24/00 NEXT SCHD: MUST COMPLY BY
    # CNTS: 002 OP CNTS: 002 OP CAP: 0 CAPIAS DATE:       OP D6: 02
    OP BOND: 00 OP APPL: 00 OP COLL: 02 FIND DATE:
    DEFT COMPL DATE:           NAME: CUMMINGS, KEVIN J
   ** PRESS ENTER FOR NEXT PAGE **
```

```
JI08
                                                                    PAGE    2
                         --------COUNT-------
DEFT #: 00022883TI30A  CNT: 001 FILE DATE: 02/11/00
    FILE TYPE: CITATION
    CUR STAT: IXXD3161975        CUR STAT DESC: ENGINE RUN/KEY/SET BRAKE
    AMEND/REFILE:             STAT TYPE: TRAF INFRC DEGREE: 0 SRS CODE: TI001
    CUST STATUS:                        CITATION: 0237987F NTA #:
    DATE ENTR: 03/30/00 USER: SHANNON LOIZZO       KEY: CO
    **SUMMARY DATA** COUNT STATUS: ACTIVE     OP CAP: 0 SENT DATE:
    OP D6: 01

                         ------ACTIVITY------
DEFT #: 00022883TI30A  CNT: 001 ACTV SEQ: 01 ACTIVITY DATE: 04/24/00
    ACTIVITY: D-6 FAIL TO PAY ON-LINE CAPIAS:
    CUST STATUS:                   BOND AMT:        .00+
    DHSMV DATE: 04/30/00 NOTE:
    DATE ENTR: 05/03/00 USER: SYSTEM GENERATED D6  KEY: AN
   ** PRESS ENTER FOR NEXT PAGE **
```

```
JI08
                                                               PAGE    3
                          --------COUNT-------
DEFT #: 00022883TI30A  CNT: 002 FILE DATE: 02/11/00
    FILE TYPE: CITATION
    CUR STAT: IXXD31630451A    CUR STAT DESC: SOUND TOO LOUD/100 FT
    AMEND/REFILE:              STAT TYPE: TRAF INFRC DEGREE: 0 SRS CODE: TI001
    CUST STATUS:                   CITATION: 0237986F NTA #:
    DATE ENTR: 03/30/00 USER: SHANNON LOIZZO       KEY: CO
   **SUMMARY DATA** COUNT STATUS: ACTIVE      OP CAP: 0 SENT DATE:
    OP D6: 01

                          ------ACTIVITY------
DEFT #: 00022883TI30A  CNT: 002 ACTV SEQ: 01 ACTIVITY DATE: 04/24/00
    ACTIVITY: D-6 FAIL TO PAY ON-LINE CAPIAS:
    CUST STATUS:                    BOND AMT:          .00+
    DHSMV DATE: 04/30/00 NOTE:
    DATE ENTR: 05/03/00 USER: SYSTEM GENERATED D6  KEY: AN
   ** END OF INQUIRY **
```

---

4-°              1 Sess-1    10.0.4.240              TCP#034            1/2

```
 JI08
                                                                PAGE   1
                       ------DEFENDANT-----
DEFT #: 00011976TI30A  CS TYPE: TRAF INFRA
    LOC: WEST SATELLITE COURTHOUSE          SECURITY:
    DEFT NAME: CUMMINGS, KEVIN JOHN                      BCCN #:
    RACE: WHITE      SEX: MALE      DOB: 10/21/57 JUV:
    ARST AGCY: BROWARD SHERIFF OFFICE
    MNCP: TAMARAC                         DATE OF INCIDENT: 02/06/00
    DATE ENTR: 02/19/00 USER: CIT/SERENA ODDO      KEY: CS
    **SUMMARY DATA** DEFT INIT: 02/19/00 DEFT STAT: ACTIVE
    CUST STATUS:                  BOND CO:    BOND AMT:          .00+
    NEXT DATE: 03/07/00 NEXT SCHD: MUST COMPLY BY
     # CNTS: 001 OP CNTS: 001 OP CAP: 0 CAPIAS DATE:      OP D6: 01
     OP BOND: 00 OP APPL: 00 OP COLL: 01 FIND DATE:
     DEFT COMPL DATE:          NAME: CUMMINGS, KEVIN JOHN
     ** PRESS ENTER FOR NEXT PAGE **
```

JI08

```
                         --------COUNT-------
DEFT #: 00011976TI30A  CNT: 001 FILE DATE: 02/16/00
    FILE TYPE: CITATION
    FILING AGENCY: BROWARD SHERIFF OFFICE
    CUR STAT: IXXD3161945      CUR STAT DESC: IMPROPER STOP/STAND/PARK
    AMEND/REFILE:            STAT TYPE: TRAF INFRC DEGREE: 0 SRS CODE: TI001
    CUST STATUS:                CITATION: 0237985F NTA #:
    DATE ENTR: 02/19/00 USER: CIT/SERENA ODDO      KEY: CO
    **SUMMARY DATA** COUNT STATUS: ACTIVE     OP CAP: 0 SENT DATE:
    OP D6: 01

                         ------ACTIVITY------
DEFT #: 00011976TI30A  CNT: 001 ACTV SEQ: 01 ACTIVITY DATE: 03/07/00
    ACTIVITY: D-6 FAIL TO PAY ON-LINE CAPIAS:
    CUST STATUS:              BOND AMT:       .00+
    DHSMV DATE: 03/13/00 NOTE:
    DATE ENTR: 03/16/00 USER: SYSTEM GENERATED D6  KEY: AN
   ** END OF INQUIRY **
```

```
JI08
                                                                PAGE   1
                        ------DEFENDANT-----
DEFT #: 97084173TI40A  CS TYPE: TRAF INFRA
    LOC: SOUTH SATELLITE COURTHOUSE          SECURITY:
    DEFT NAME: CUMMINGS, KEVIN J                         BCCN #:
    RACE: WHITE      SEX: MALE      DOB: 10/21/57 JUV:
    ARST AGCY: FHP (FORT LAUDERDALE)
    MNCP: BROWARD COUNTY                  DATE OF INCIDENT: 10/20/97
    DATE ENTR: 11/04/97 USER: CIT/ZARCALY GEDDES   KEY: CS
    **SUMMARY DATA** DEFT INIT: 11/04/97 DEFT STAT: ACTIVE
    CUST STATUS:                    BOND CO:    BOND AMT:        .00+
    # CNTS: 001 OP CNTS: 001 OP CAP: 0 CAPIAS DATE:        OP D6: 00
    OP BOND: 00 OP APPL: 00 OP COLL: 00 FIND DATE:
    DEFT COMPL DATE:           NAME: CUMMINGS, KEVIN J
    ** PRESS ENTER FOR NEXT PAGE **
```

JI08

PAGE    2

-------COUNT-------
DEFT #: 97084173TI40A  CNT: 001 FILE DATE: 10/28/97
    FILE TYPE: CITATION
    FILING AGENCY: FHP (FORT LAUDERDALE)
    CUR STAT: IXXD3161872B     CUR STAT DESC: SPEED / 65  HIGHWAY/TURNPIKE
    AMEND/REFILE:            STAT TYPE: TRAF INFRC DEGREE: 0 SRS CODE: TI001
    CUST STATUS:                  CITATION: 0045163D NTA #:
    ACT SPEED: 096 POST SPEED: 70 DIFF: 026
    DATE ENTR: 11/04/97 USER: CIT/ZARCALY GEDDES   KEY: CO
    **SUMMARY DATA** COUNT STATUS: ACTIVE    OP CAP: 0 SENT DATE:
    OP D6: 00
   ** END OF INQUIRY **

PHOTO

**SHERIFF'S OFFICE**
**BROWARD CO., FL**

RECORDS

| OBTS Number | Print Clearance | | Name Search | | Teletype |
|---|---|---|---|---|---|

| Arrest Number | Offense Report Number | | BCCN Number | | Booking Sheet Control Date & Time |
|---|---|---|---|---|---|

| Last Name CUMMINGS | First KEVIN | | Middle J | SSN 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 | Probation 1 | Parole N |
|---|---|---|---|---|---|---|

| Alias Last Name | First | | Middle | Driver's License Yes  No | State |
|---|---|---|---|---|---|

| Street/Nik Name | Race W | Sex M | Hgt 603 | Wgt 506 | Eyes BLU | Hair GRY | Comp MED | Age 041 | Date of Birth 10/21/57 | Place of Birth NORTH HAMPTON | St MA | Ctry US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos
TT ON RT ARM   'UCMC W/BULLDOG'

| Permanent Address 1911 NW 41 | | Bldg UF | Apt | City SUNRISE | St/Ctry FL | Yrs | Mths |
|---|---|---|---|---|---|---|---|

| Resident of Broward County? YES | Yrs 10 | Mths 00 | Resident of Florida? YES | Yrs 10 | Mths 00 | Phone Number -- -- | U.S. Vet NU |
|---|---|---|---|---|---|---|---|

| Other Medical TO BE SCREENED |
|---|

| Employer SOUTH FLORIDA ORTHOT | Occupation |
|---|---|

| Blood Alcohol YES .00% | Vehicle Towed | Phone Call | Arrest Agcy BS | Place of Arrest (Address) 201 SE 6 STREEET   RM 550   FT LAUDERDALE |
|---|---|---|---|---|

| Arrest Date 6/08/99 | Arrest Time 10:15 | Arresting Officer MARLIN | V | I.D. Number 5458 | Officer Not'd | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|---|

| Booking Date 6/08/99 | Booking Time 10:16 | Booking Officer MCCORMES | I.D. Number B BS3932 | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|

| Date | Charges | MagCode/comments | Capias/Warrant Number | | Bond |
|---|---|---|---|---|---|
| 060899 | 001 VIOL OF PROBATION | XFNJ/HOROWITZ | VF990011124MM19A | NB | |
| 060899 | 002 DISORDERLY CONDUCT | XMYDIV/NC | C 99000980MM20A | | 500.00 |

DOCKING VALD  29-54-19549  BC  JOYCE  WC  34-6531
BOOKED BY INVIH

| Release Reason | | Released By | | Released To | | Date Released | Time Relea |
|---|---|---|---|---|---|---|---|

| Arrest No | Last Name | First | | Unattended Children? | | | |
|---|---|---|---|---|---|---|---|

| Date | Time | Sex | Race | Date of Birth | | Armed | Dang. | Resist | Rabon | Suic | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Bin No | P-Box No | Bulk No. | | Vehicle Towed To. | |
|---|---|---|---|---|---|

| Currency $ | | | | Language msg: | |
|---|---|---|---|---|---|

99-06-3833

**Broward County Sheriff's Office**                              **SHORT ARREST INFORMATION FORM**

| ARREST NUMBER | LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|---|
| | Cummings | Kevin | J. |

| RACE | SEX | AGE | DATE OF BIRTH | ADDRESS |
|---|---|---|---|---|
| W | M | 44 | 10/21/57 | 7911 NW 41 Ct Sunrise, Fl. |

| DATE OF ARREST | TIME | PLACE OF ARREST |
|---|---|---|
| 5/8/99 | 10:15 AM | 201 SE 6 St. Rm 550 Ft. Laud |

| ARRESTING OFFICER/AGENT | IDN # | AGENCY | DIVISION |
|---|---|---|---|
| Dep. V. Martin | 5458 | 850 | JISF-6 |

| (CHECK APPLICABLE BOXES) | CAPIAS/WARRANT | COURT ORDER | BOND SURR. | OTHER |
|---|---|---|---|---|
| | WC # 99-8631 | | | |

| COUNT NUMBER | OFFENSES CHARGED | CAPIAS # WARRANT # CASE # | BOND AMOUNT |
|---|---|---|---|
| 1 | VOP (Battery) | 99-1274 MM 10A | No Bond |
| 2 | Capias (J.O.C.) | 99-970 MM 10A | $500.00 |
| | | | |
| | | | |

COMMENTS  Def appeared at Rm 550 with probation officer Collins, who informed Def that he had above charges for his arrest.

**RELEASE INFORMATION:**

DATE _____

RELEASE REASON _____

TIME _____ BY IDN # _____

Dep. V. Martin 5458
ARRESTING OFFICER/AGENT SIGNATURE
Dep. V. Martin

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  09/13/2000

On 9/12/2000 Kevin John Cummings (DOB:10/21/57; Social Security Account Number: 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) appeared at the Gardner Police Station in response to a phone call from Detective William Crockett of that department. Detective Crockett requested that Cummings come to the station to clear up an investigation involving a juvenile resident of 130 Clark Street, Gardner, Massachusetts who was involved in a shoplifting incident on 8/5/2000 who was placed in the custody of Cummings on that date.

Upon his arrival at the Police station, the writer informed Cummings of his official identity, informed Cummings that a Warrant had been issued for his arrest in the Southern District of Florida, and that he was being placed under arrest. Cummings spontaneously asked if this had to do with "Medicare fraud". The writer informed Cummings that if he wished to talk about this matter he could do so, but that first he had to be advised of certain rights. Cummings, the writer and SA DiMatteo adjourned to an interview room and the writer provided Cummings a copy of Form FD-395, "Interrogation: Advice of Rights", which Cummings read, stated that he understood, and signed. Thereafter Cummings voluntarily provided certain identifying information, as set forth herein, and he also provided the following information:

Cummings stated that he operated a business called South Florida Orthotics, and that this company was engaged in the business of making braces and artificial limbs. Cummings stated that his duties at this business included handling patients and making braces. He stated that the only thing that he did in connection with billing was to write "L Codes". He stated that he does not know how to operate a computer, except to play games, and that his wife Pamela obtained the programs and handled all of the billing. Cummings stated that he routinely received checks, and that he deposited them into his accounts. Cummings stated that he cashed one check for $17,000 and that he bought his wife a car with the proceeds of that check.

Cummings advised that he was put in jail in Florida on 6/11/99 and that he did not get out until 9/1/99, and that during this time his wife worked at a company called Action Limb & Brace,

| Investigation on | 9/12/2000 | at Gardner, Massachusetts | |
|---|---|---|---|
| File # | 209A-MM-94159 | | Date dictated  N/A |
| | SA Michael G. Wilson | | |
| by | SA George J. DiMatteo | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

209A-MM-94159

Continuation of FD-302 of ___Kevin John Cummings___ , On _9/12/2000_ , Page __2__

which is operated by Michael Sheyes. He stated that when he got
out of jail he found that his business had closed and that his wife
had taken everything from the office. He said that he was locked
out of his home and had nowhere to go, so he came to Massachusetts
to live with his sister, Elizabeth Bernier. He stated that he has
been "drunk" since 1978, and that he could only function until
about midday before drinking alcoholic drinks each day. He advised
that he does not recall how he got to Massachusetts, and that he
entered a rehabilitation program in Greenfield, Massachusetts and
has been sober since March, 2000. Cummings stated that he was
going to be starting a new job on 9/13/2000 at a company called
Dennacrepe located on Fredette Street in Gardner. He said that his
brother-in-law Gary Taylor, who works for the parent company, Suman
Paper had recommended him and gotten him an interview for this job.

Cummings stated that he does not have any firearms. He
advised that an ATF agent named Bukowski in Fort Lauderdale should
be contacted to verify this. Cummings voluntarily signed a
"Consent To Search" for his car and for his personal belongings at
130 Clark Street.

Cummings was fingerprinted and photographed at the
Gardner Police Department, after which he was transported by the
Federal Bureau of Investigation to the U.S. Courthouse in
Worcester, Massachusetts where he was given an Initial Appearance
before U.S. Magistrate Judge Swortwood. Cummings was ordered held
pending a Detention Hearing which was scheduled for 9/14/2000 at
3:30 PM.

Cummings provided the following descriptive information:

| | |
|---|---|
| Full Name: | Kevin John Cummings |
| Address: | 130 Clark Street |
| | Gardner, Massachusetts |
| DOB: | 10/21/57 |
| SSAN: | 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 |
| Race: | White |
| Sex: | Male |
| Height: | 6'1" |
| Weight: | 275 lbs. |
| Hair: | Blonde |
| Eyes: | Blue |
| Place of Birth: | North Hampton, Massachusetts |
| Scars, Marks & Tattoos: | "USMC" w/Bulldog-right bicep |
| | Heart w/dagger-right forearm |

FD-302a (Rev. 10-6-95)

209A-MM-94159

Continuation of FD-302 of ___Kevin John Cummings___ , On __9/12/2000__ , Page __3__

                              "Hot Stuff" w/Devil-left bicep
                              Scar-Left Hand (Knife wound)
                              Scar tissue-left leg below knee

Military Service:       United States Marine Corp
                              1974 - 1976 Active Duty
                              1976 - 1978 Active Reserve
Education:             2 Years College - New York Univ.
Marital Status:        Married
Spouse:                 Pamela Guiheen

# APPLICATION FOR EMPLOYMENT
(PRE-EMPLOYMENT QUESTIONNAIRE)  (AN EQUAL OPPORTUNITY EMPLOYER)

## PERSONAL INFORMATION

DATE 8-16-00

NAME  Cummings  Kevin  J
      LAST      FIRST   MIDDLE

SOCIAL SECURITY NUMBER  023 96 4230

PRESENT ADDRESS  130 Clark St  Gardner  MA  01440
                 STREET        CITY     STATE  ZIP

PERMANENT ADDRESS  Same
                   STREET    CITY   STATE   ZIP

PHONE NO  978-630-4677    ARE YOU 18 YEARS OR OLDER?  Yes ☑  No ☐

ARE YOU PREVENTED FROM LAWFULLY BECOMING EMPLOYED
IN THIS COUNTRY BECAUSE OF VISA OR IMMIGRATION STATUS?    Yes ☐    No ☑

## EMPLOYMENT DESIRED

POSITION  ANY

DATE YOU CAN START  8-16-00    SALARY DESIRED

ARE YOU EMPLOYED NOW?  NO

IF SO MAY WE INQUIRE OF YOUR PRESENT EMPLOYER?

EVER APPLIED TO THIS COMPANY BEFORE?  NO    WHERE?    WHEN?

REFERRED BY  APSC

| EDUCATION | NAME AND LOCATION OF SCHOOL | *NO OF YEARS ATTENDED | *DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | | | | |
| HIGH SCHOOL | Mowhawk Buckland, MA. | 4 | Yes | General |
| COLLEGE | STCC Springfield, MA. | 2 | Yes | Orthotics |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL
SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK  Orthotics & Prosthetics

SPECIAL SKILLS

ACTIVITIES. (CIVIC, ATHLETIC, ETC.)  Fishing, Hunting
EXCLUDE ORGANIZATIONS. THE NAME OF WHICH INDICATES THE RACE, CREED, SEX, AGE, MARITAL STATUS, COLOR OR NATION OF ORIGIN OF ITS MEMBERS

U.S. MILITARY OR NAVAL SERVICE  USMC    RANK  S. SGT    PRESENT MEMBERSHIP IN NATIONAL GUARD OR RESERVES  NO

*This form has been revised to comply with the provisions of the Americans with Disabilities Act
and the final regulations and interpretive guidance promulgated by the EEOC on July 26, 1991

GOVERNMENT EXHIBIT
4

TOPS ● FORM 3285 (52-8)    (CONTINUED ON OTHER SIDE)    LITHO IN U.S.A.

**FORMER EMPLOYERS** (LIST BELOW LAST THREE EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 8-89 TO 3-00 | SOUTH FLORIDA ORThoTics 490 STATE Rd 84 Ft Lauderdale Fl | $45000 | ORThoTisT | OUT of BUSINESS |
| FROM 1-86 TO 8-89 | NATIONAL LABS INc WINTERHAVEN, FL | 3200 | ORThoTic TECh | BETTER PAY |
| FROM 12-74 TO 12-84 | USMC | S.SGT | 5TH ECHELON ENGINE MAINT | HON Disc |
| FROM TO | | | | |

WHICH OF THESE JOBS DID YOU LIKE BEST? _____

WHAT DID YOU LIKE MOST ABOUT THIS JOB? _____

**REFERENCES:** GIVE THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|
| 1 GARY TAYLOR | 130 CLARK ST BROOKER MA | MACHINEST | 5 |
| 2 PAM GUIREEN | 350 NW 48 ST Ft LAud FL | MEDICAL Billing | 7 |
| 3 TONI STEWART | SUGARLAND TX SUGARLAND FALLS MA | TEACher | 21 |

THE FOLLOWING STATEMENT APPLIES IN: MARYLAND & MASSACHUSETTS. (Fill in name of state)
IT IS UNLAWFUL IN THE STATE OF _____ TO REQUIRE OR ADMINISTER A LIE DETECTOR TEST AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. AN EMPLOYER WHO VIOLATES THIS LAW SHALL BE SUBJECT TO CRIMINAL PENALTIES AND CIVIL LIABILITY

Signature of Applicant

IN CASE OF EMERGENCY NOTIFY **LIZ BERNIER** ADDRESS **130 CLARK ST** PHONE NO **978-678-4677**
NAME

"I CERTIFY THAT ALL THE INFORMATION SUBMITTED BY ME ON THIS APPLICATION IS TRUE AND COMPLETE, AND I UNDERSTAND THAT IF ANY FALSE INFORMATION, OMISSIONS, OR MISREPRESENTATIONS ARE DISCOVERED, MY APPLICATION MAY BE REJECTED AND, IF I AM EMPLOYED, MY EMPLOYMENT MAY BE TERMINATED AT ANY TIME.
IN CONSIDERATION OF MY EMPLOYMENT, I AGREE TO CONFORM TO THE COMPANY'S RULES AND REGULATIONS, AND I AGREE THAT MY EMPLOYMENT AND COMPENSATION CAN BE TERMINATED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME, AT EITHER MY OR THE COMPANY'S OPTION. I ALSO UNDERSTAND AND AGREE THAT THE TERMS AND CONDITIONS OF MY EMPLOYMENT MAY BE CHANGED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME BY THE COMPANY. I UNDERSTAND THAT NO COMPANY REPRESENTATIVE, OTHER THAN IT'S PRESIDENT, AND THEN ONLY IN WRITING AND SIGNED BY THE PRESIDENT, HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIC PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING."

DATE 8-15-00 SIGNATURE _____

**DO NOT WRITE BELOW THIS LINE**

INTERVIEWED BY _____ DATE _____

REMARKS: _____

NEATNESS _____ ABILITY _____

HIRED ☐ Yes ☐ No _____ POSITION _____ DEPT _____

SALARY/WAGE _____ DATE REPORTING TO WORK _____

APPROVED 1. _____ 2. _____ 3. _____
EMPLOYMENT MANAGER DEPT. HEAD GENERAL MANAGER

This form has been designed to strictly comply with State and Federal fair employment practice laws prohibiting employment discrimination. This Application for Employment Form is sold for general use throughout the United States. TOPS assumes no responsibility for the inclusion in said form of any questions which, when asked by the Employer of the Job Applicant, may violate State and/or Federal Law.



**MEDICARE**

Part A Intermediary
Part B Carrier
DME Regional Carrier

November 19, 1999

Kevin Cummings
8490 W State Rd 84
Ft. Lauderdale, Florida 33324

RE: Notice of Suspension of Medicare Payments to South Florida Orthotics
NSC #: 0898220001

Dear Supplier:

The purpose of this letter is to notify you that your Medicare payments will be suspended pursuant to 42 CFR § 405.371(a) and 42 CFR 405.372 (a) (3). The suspension of your Medicare payments will take effect immediately. The suspension of your Medicare payments may last up to 180 days from the date of this letter and may be extended under certain circumstances in accordance with 42 CFR § 405.372(d).

The Health Care Financing Administration (HCFA), through Atlanta's Satellite Regional Office in Miami, FL, is responsible for the decision to suspend your Medicare payments. HCFA's decision to suspend payments is not appealable. (See 42 CFR § 405.375(c).) We will apply suspended funds to recoup any determined overpayment.

The suspension of your Medicare payments is based on reliable information that claims you submitted for Medicare payment involved fraud or misrepresentation.

On November 15, 1999 we received information regarding billing practices by South Florida Orthotics that may not be in compliance with the Medicare Program for reimbursement. A review of your claims history indicates that claims were submitted on behalf of several beneficiaries for dates of service that are beyond their reported date of death. These claims were for prosthetic and orthotic equipment.

Further review of your claims history indicates that claims were submitted for advanced prosthetic and orthotic equipment which were denied, down coded, and then resubmitted for Medicare reimbursement. It was also discovered that many duplicate claims were submitted at the same time the originals were being processed for Medicare reimbursement.

GOVERNMENT
EXHIBIT
5

Palmetto Government Benefits Administrators, LLC
34650 U.S. Highway 19 North • Suite 202 • Palm Harnor, Florida • 34684-2156 • (727) 773-0000

Pursuant to 42 CFR § 405.372(b)(2), your have the right to submit a rebuttal statement in writing, within 15 days of the date of this letter, addressing why the suspension should be removed. You may include with this statement any evidence you believe is pertinent to you reasons why the suspension should be removed.

Your rebuttal statement and any pertinent evidence should be sent to:

> Dave Collins, Investigator
> Palmetto GBA, Medicare
> 34650 US Highway 19 North, Suite 202
> Palm Harbor, FL 34684-2156
> (727) 773-9225, extension 15345
> (727) 771-7834, FAX

After we receive your rebuttal statement and any supporting evidence, we will determine within fifteen (15) days whether the facts justify termination of the suspension. (See CFR 405.375(a).) We will send you separate written notice of our determination to either continue or terminate the suspension that began today per 42 CFR § 405.375(b). This separate notice will contain specific findings on the conditions by which your facility's suspension is continued or removed, as well as an explanatory statement of the determination.

We will continue to process claims during the suspension period and will notify you about claim determination, including appeal rights regarding any claims that are denied. However, we will not make payment as long as the suspension is in effect. We will apply suspended funds to recoup and determined overpayments per 42 CFR 405.372 (e).

If you have any questions, please contact Dave Collins, of my staff, at (727) 773-9225, extension 15345.

Sincerely,

*Brandon Duffek*

Brandon Duffek
Manager of Investigations
Palmetto GBA
REF. #: FLE9930628515

| JUDGE/MAG. CODE: OIBF | **CRIMINAL COURTNOTE FORM (PRE-TRIAL)** | DATE COMPLETED: 9 14 100 |
| DOCKET NO: OO-1709-CBS | | CLERK: Ouellette |
| AUSA: Carmody for Hodgens | **DOCKETED** | REPORTER: Tape |
| DEFENDANT(s) NAME(s): Kevin Cummings | | DEFENSE COUNSEL: Gribouski |

**ARREST**

| CHARGING INSTRUMENT ☐ Indictment ☐ Complaint ☐ Probable ☐ Information ☐ Warrant Cause | CHARGING DISTRICT | ARRESTING DISTRICT | DATE OF ARREST / / |

**U.S. CUSTODY**

| DISTRICT OF CUSTODY | CUSTODY BEGIN DATE / / | CUSTODY END DATE / / | STATE/OTHER CUSTODY |

**FIRST APPEARANCE**

| CHARGING INSTRUMENT ☐ Indictment ☐ Information ☐ Complaint | DATE / / |

**BAIL**

| ☐ Hearing Held  Date / /  TIME: ☐ Set For  ☐ Reset For | ☐ Bail Set  ☐ Bail Reset ☐ Bail Continued as Set On | BAIL SET AT: |

**DETENTION**

| ☒ Hearing Held  Date 9/14/00  TIME: 5:15 pm. ☐ Set For  ☐ Reset For | ☐ Deft. Detained Pending Hearing On / /  at ☐ Deft. Detained Pending Trial |

**COUNSEL**

| ☐ FIRST APPEARANCE THROUGH ☐ CHANGE | DATE / / | TYPE ☐ CJA ☐ SELF ☐ PD ☐ RETAINED |

**ARRAIGNMENT**

| ☐ Held  Date / /  Time: ☐ Set For  ☐ Reset For | Plea of _____ Entered On Counts _____ Counts to be Dismissed _____ | Govt. Response To U.O.A.D. Due / / |
| Motions Due By / / | Govt. Response By / / | Trial Date on Counts _____ ☐ Set For  ☐ Reset For / /  Time: |

**HEARING OR CONFERENCE**

| ☒ Hearing  ☒ Held  ☐ Waived  Date 9/14/00  TYPE: ☐ Motions ☐ Status ☐ Scheduling ☐ Conference  ☐ Set For  ☐ Reset For  Time 5:15  ☒ Removal ☐ Prel Exam. ☐ Addiction ☐ Mental/Physical |

**CHANGE OF PLEA**

| ☐ Held  Time: ☐ Set For  ☐ Reset For  Date / / | Plea of _____ Entered on Cts. _____ Plea of _____ Accepted on Cts. _____ | Counts _____ To Be Dismissed |
| DISPOSITION ☐ Set For  Date / / ON PLEA ☐ Reset For  Time: | Date Accepted into PTD Program / / | Guilty Pleas Withdrawn On Cts. _____ Date / / |

NOTES

Gov't proffers evidence. Exhibits admitted. Δ's cl. calls
Mr. Taylor. Δ's brother-in-law. Cross. Closings. Gov't
now finds the Δ a danger to community and flight risk.
Matter taken under advise.

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | | VOUCHER NUMBER |
|---|---|---|---|---|---|
| MAX | Cummings, Kevin | | | | |

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 4 00-001709 001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| United States v. Cummings | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 287 F -- FALSE OR FRAUDULENT CLAIMS

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Gribouski, James J
Glickman, Sugarman, Kneeland
11 Harvard Street
P.O. Box 2917
Worcester MA 01613-2917

Telephone Number: (508) 756-6206

14. NAME AND MAILING ADDRESS OF LAW FIRM(only provide per instructions)
Glickman, Sugarman, Kneeland, Gribouski
Glickman, Sugarman, Kneeland
11 Harvard Street
P.O. Box 2917
Worcester MA 01613-2917

**DOCKETED**

13. COURT ORDER
☒ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 12 is appointed to represent this person in this case, or
☐ _____ (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court

9/12/00
Date of Order          Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15.** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| **In Court** d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = ) TOTALS: | | | | | |
| **16.** a. Interviews and Conferences | | | | | |
| **Out of Court** b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = ) TOTALS: | | | | | |
| **17.** Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| FROM _____ TO _____ | | | |

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

DOCKETED

Kevin Cummings
*Defendant*

Case Number:    00-1709 - CBS

Upon motion of the ___government___ , it is ORDERED that a

detention hearing is set for __9/14/00__
*Date*
· at __3:30__
*Time*

before ___CHARLES B. SWARTWOOD, III, MAGISTRATE JUDGE___
*Name of Judicial Officer*

___WORCESTER, MA___
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (

*Other Custodial Official*

) and produced for the hearing.

__9-12-00__
*Date*

*Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



| JUDGE/MAG. CODE: O1BF | **CRIMINAL COURTNOTE FORM (PRE-TRIAL)** | DATE COMPLETED: 9/12/00 |
| DOCKET NO: OO-1709-CBS | | CLERK: Ouellitte |
| AUSA: Hodgmo | | REPORTER: Lara |
| DEFENDANT(s) NAME(s): Kevin Cummings | DOCKETED | DEFENSE COUNSEL: Gribouski |

**ARREST**

| CHARGING INSTRUMENT ☒Indictment ☐Complaint ☐Probable Cause ☐Information ☐Warrant | CHARGING DISTRICT Fla. | ARRESTING DISTRICT MA | DATE OF ARREST 9/12/00 |

**U.S. CUSTODY**

| DISTRICT OF CUSTODY | CUSTODY BEGIN DATE / / | CUSTODY END DATE / / | STATE/OTHER CUSTODY |

**FIRST APPEARANCE**

| CHARGING INSTRUMENT ☒Indictment ☐Information ☐Complaint | DATE 9/12/00 |

**BAIL**

| ☐Hearing Held Date / / TIME: ☐Set For ☐Reset For | ☐Bail Set ☐Bail Reset ☐Bail Continued as Set On | BAIL SET AT: |

**DETENTION**

| ☐Hearing Held Date 9/14/00 TIME: 3:30 ☒Set For ☐Reset For | ☐Deft. Detained Pending Hearing On / / at ☐Deft. Detained Pending Trial |

**COUNSEL**

| ☒FIRST APPEARANCE THROUGH ☐CHANGE | DATE 9/12/00 | TYPE ☒CJA ☐PD | ☐SELF ☐RETAINED |

**ARRAIGNMENT**

| ☐Held Date / / Time: ☐Set For ☐Reset For | Plea of ___ Entered On Counts ___ Counts to be Dismissed ___ | Govt. Response To U.O.A.D. Due / / |
| Motions Due By / / | Govt. Response By / / | Trial Date on Counts ___ ☐Set For ☐Reset For / / Time: |

**HEARING OR CONFERENCE**

| ☒Hearing ☐Conference | ☐Held ☐Waived ☒Set For ☐Reset For | Date 9/14/00 Time: 3:30 | TYPE: ☐Motions ☐Status ☐Scheduling ☒Removal ☐Prel Exam. ☐Addiction ☐Mental/Physical |

**CHANGE OF PLEA**

| ☐Held Time: ☐Set For ☐Reset For Date | Plea of ___ Entered on Cts. ___ Plea of ___ Accepted on Cts. ___ | Counts ___ To Be Dismissed |
| DISPOSITION ON PLEA ☐Set For Date / / ☐Reset For Time: | Date Accepted into PTD Program / / | Guilty Pleas Withdrawn On Cts. ___ Date / / |

**NOTES**

fin. affid. filed. Gov't moves for conditions of bail. @ of $150,000 bond. Δ has no funds. Recess for cl. to confer w/ AUSA in Fla.. 5:40 Ct. resumes. AUSA in Fla wants secure bond. Detn. hrg set for 9/14/00 at 3:30 pm.

White — "Docket Clerk"    Yellow — "U.S. Attorney"    Pink — "Courtroom Deputy"    Gold — "Defense Counsel"

Form CR01-USA 38-1    Pre-Trial Courtnote Form

# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE    **REV. 1/90**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

_____ vs _____

FOR _____

AT _____

DOCKETED

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

Kevin J. Cummings

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)_____

**DOCKET NUMBERS**

Magistrate

00-1709-CBS

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box → )   ☐ Felony
                                                          ☐ Misdemeanor

Medicaid Fraud

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $_____

**IF NO,** give month and year of last employment
How much did you earn per month $_____

If married is your Spouse employed?  ☐ Yes  ☒ No

**IF YES,** how much does your Spouse earn per month $ N/A

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

|  | RECEIVED | SOURCES |
|---|---|---|
| **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** | $ _____ | _____ |

**ASSETS**

**CASH**

Have you any cash on hand or money in savings or checking account  ☐ Yes  ☒ No  **IF YES,** state total amount $_____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

|  | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES, GIVE VALUE AND DESCRIBE IT** | $ _____ | _____ |

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**

APARTMENT OR HOME

---

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

I certify the above to be correct.

9/12/00

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKE···

UNITED STATES OF AMERICA  )
                          )
        V.                )    Case No. **00- 1709 - CBS**
                          )
KEVIN CUMMINGS,           )
                          )
        Defendant         )

### AFFIDAVIT

I, Michael G. Wilson, Special Agent, Federal Bureau of
Investigation, United States Department of Justice, do hereby
make oath before U.S. Magistrate Judge Charles B. Swartwood, III,
of the District of Massachusetts, that upon knowledge coming to
me in connection with my official duties and as part of the
official records of the U.S. Department of Justice, I am advised
that there is presently a warrant of arrest outstanding for one
**KEVIN CUMMINGS** in the Southern District of Florida, and I do
hereby make oath that this warrant of arrest is outstanding in
said District on the basis of the information set out above.

MICHAEL G. WILSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on this the 12ᵗʰ day of
September, 2000.

CHARLES B. SWARTWOOD, III
U.S. Magistrate Judge

DOCKE···



AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Robert N. Nicholson   FBI S/A ARENTE

# *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

KEVIN CUMMINGS

## WARRANT FOR ARREST

CASE NUMBER: 00 -6253-CR-

FILED by _____ D.C.

AUG 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**TO:   The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____KEVIN CUMMINGS_____
                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment      ☐ Information      ☐ Complaint      ☐ Order of court      ☐ Violation Notice      ☐ Probation Violation Petition

charging him or her with (brief description of offense)    FALSE CLAIMS TO MEDICARE

in violation of Title 18 United States Code, Section(s) 287_____

CLARENCE MADDOX_____
Name of Issuing Officer

_Dennis J. Butler_____
Signature of Issuing Officer

RSS
Bail fixed at $ 150,000 corporate surety
            bond with Nebbia

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

August 31, 2000 Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER   U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at_____ |

| | | |
|---|---|---|
| INFORMATION COPY ONLY | INFORMATION COPY ONLY OFFICER | Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida By_____ Deputy Clerk Date 8/31/00 |
| MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | |

**BOND RECOMMENDATION SHEET**

KEVIN CUMMINGS
Defendant

CORPORATE
$150,000 surety bond is recommended.

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
FLORIDA BAR NO. 933996
TELEPHONE: (954) 356-7255x3598
FACSIMILE: (954) 356-7336
E-MAIL: Robert.Nicholson@justice.usdoj.gov

Address of Defendant:
KEVIN CUMMINGS
130 CLARK ST.
GARDNER, MASS

Agent:
FBI, S/A Parente ·

OO-1709- CBS

RNN/m

UNITED·STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 00-6253 CR·ROETTGER

CASE NO. _____

18 U.S.C. §287

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )
KEVIN CUMMINGS,                  )
                                 )
        Defendant.               )
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNTS 1 THROUGH 20
(FALSE CLAIMS)

GENERAL ALLEGATIONS:

At all times relevant to this indictment:

1.    Medicare was a program designed to provide medical services, medical equipment and supplies to elderly, blind and disabled beneficiaries pursuant to the Social Security Act (Title 42, United States Code, Section 301 et seq.). The Medicare program was and is administered by the United States Department of Health and Human Services ("HHS"), through the Health Care Financing Administration (HCFA).

2.  The United States Department of Health and Human Services was and is a Department of the United States with responsibilities pursuant to federal law for the funding, administration and supervision of certain health care benefit programs, including the Medicare program. HCFA was and is an agency of the United States.

3.  HHS, through HCFA, contracted with a "carrier," Palmetto Government Benefits Administators (PGBA), to administer the Medicare program as it related to Part B claims for durable medical equipment and related services in Florida.

4.  The Medicare Part B program provided payment or reimbursement for certain medically necessary durable medical equipment (including prosthetics) provided by approved durable medical equipment providers to Medicare Part B beneficiaries.

5.  PGBA, on behalf of HHS/HCFA, accepted claims for payment and reimbursement submitted by durable medical equipment providers on "Health Insurance Claim Forms," also known as "HCFA Form 1500."

6.  PGBA, on behalf of HHS/HCFA, adjudicated and processed claims submitted by durable medical equipment providers for payment and reimbursement, and made Medicare program payments to the providers based upon information provided in submitted Health Insurance Claim Forms (HCFA Form 1500).

7.  To receive payment from Medicare for durable medical equipment and related services provided to Medicare Part B beneficiaries, durable medical equipment providers in Florida were required to submit Health Insurance Claim Forms (HCFA Form 1500) to the Medicare Part B carrier, PGBA, containing the dates of the services provided, the diagnoses of

2

the conditions requiring the services and equipment provided, and the procedures performed or equipment provided.

8.      To aid in processing and adjudicating of submitted claims, durable medical equipment providers were required to use standardized codes to describe the pertinent diagnoses and the procedures and equipment for which payment was sought. With respect to diagnoses, durable medical equipment providers were required to use the codes established in the International Classification of Diseases Manuel (ICD-9 CM). With respect to procedures and equipment for which payment was sought, durable medical equipment providers were required to use the codes established in the Physicians' Current Procedural Terminology code book (CPT) and the Health Care Financing Administration Common Procedural Coding System book (HCPCS).

9.      The defendant, KEVIN CUMMINGS, was the owner and operator of South Florida Orthotics, Inc., a durable medical equipment provider authorized to submit claims to the Medicare Part B program for prosthetics and related services provided to Medicare Part B beneficiaries.

10.     On or about the dates listed below, in Broward County, in the Southern District of Florida, the defendant,

### KEVIN CUMMINGS,

did willfully make and present and cause to be made and presented to a Department of the United States, that is, the United States Department of Health and Human Services, claims upon and against it under the federal health care plan known as Medicare for payment for durable

3

medical equipment and related services knowing that such claims were false, fictitious and fraudulent in that the services claimed were not provided as claimed, as set forth below:

| COUNT | CLAIM DATE | BENEFICIARY | ALLEGED SERVICE DATE | AMOUNT |
|-------|-----------|-------------|---------------------|--------|
| 1 | 10/25/99 | O.A. | 10/19/99 | $18,183.96 |
| 2 | 10/27/99 | D.C. | 10/25/99 | $7,812.46 |
| 3 | 10/27/99 | C.D. | 10/26/99 | $8,021.46 |
| 4 | 11/02/99 | I.P. | 10/10/99 | $6,878.94 |
| 5 | 11/15/99 | I.P. | 10/10/99 | $6,878.94 |
| 6 | 11/02/99 | F.T. | 10/21/99 | $7,812.46 |
| 7 | 11/23/99 | H.P. | 11/12/99 | $9,091.98 |
| 8 | 11/27/99 | M.M. | 10/16/99 | $6,355.91 |
| 9 | 10/25/99 | B.P. | 10/22/99 | $29,426.75 |
| 10 | 10/27/99 | B.P. | 10/22/99 | $29,426.75 |
| 11 | 11/05/99 | B.P. | 10/22/99 | $4,728.46 |
| 12 | 10/27/99 | G.B. | 10/15/99 | $8,050.35 |
| 13 | 11/05/99 | D.D. | 10/29/99 | $6,878.88 |
| 14 | 11/17/99 | D.D. | 10/29/99 | $6,878.88 |
| 15 | 11/05/99 | J.P. | 10/25/99 | $6,043.79 |
| 16 | 11/17/99 | J.P. | 10/25/99 | $6,043.79 |
| 17 | 11/05/99 | C.S. | 10/30/99 | $7,496.38 |
| 18 | 11/23/99 | K.B. | 11/20/99 | $1,339.63 |

| 19 | 11/24/99 | J.N. | 11/22/99 | $13,879.63 |
| 20 | 11/24/99 | W.W. | 11/21/99 | $12,276.32 |

All in violation to Title 18, United States Code, Sections 287 and 2.

A TRUE BILL

_____

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

5