UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6253-CR-ROETTGER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

KEVIN CUMMINGS,  :

    Defendant.  :
_____/

## MOTION TO CORRECT JUDGMENT AND COMMITMENT

The defendant, through counsel, hereby requests that this Court correct the Judgment and Sentence entered in this cause and states as follows:

1. Sentencing in the above-styled case occurred on February 9, 2001.

2. In the oral pronouncement of the sentence, the Court recommended to the Bureau of Prisons that Mr. Cummings participate in the 500 hour Bureau of Prisons drug program.

3. It was counsel's recollection that no order was issued by the Court imposing a condition of supervised release that Mr. Cummings participate in an inpatient/outpatient mental health/substance abuse program as directed by the probation office.

4. On February 21, 2001, the Court issued the Judgment and Sentence. The Judgment and Sentence does not include the recommendation for the 500 Bureau of Prisons drug program which was recommended by the Court. The Judgment and Sentence does include a term of supervised release which imposes the condition of the mental health/substance abuse program. This condition of supervised release was not ordered during the sentencing hearing.

5. The defendant requests that this Court correct the Judgment and Sentence to reflect the sentence imposed in Court and therefore delete the condition of supervised release that there be participation in a mental health/substance abuse program as directed by the probation officer.

WHEREFORE, the defendant requests that this Court grant this Motion to Correct the Judgment and Sentence.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of March, 2000 to Robert Nicholson, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Cummings\Correct 01.wpd

2