UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



Case Number: 00-6253-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN CUMMINGS,

    Defendant.
_____/

## ORDER DENYING DEFENDANTS MOTION TO CORRECT JUDGMENT AND COMMITMENT

THIS MATTER came before the Court on the above-mentioned Motion filed by Defendant Kevin Cummings on December 15, 2003. After consideration of Defendant's motion and a review of the United States Probation Officers Sentencing Record at time of sentencing, on February 9, 2001, it is hereby

**ORDERED** that the defendant's Motion to Correct Judgment And Commitment is **DENIED.**

DONE AND ORDERED in Chambers at Miami, Florida, January 30, 2004.

                JOSE E. MARTINEZ
                UNITED STATES DISTRICT JUDGE

Copies provided to:
Robert Nicholson, AUSA
Timothy M. Day, AFPD
Jessica Manzanares, U.S. Probation Officer
Karen Anderson, U.S. Probation Officer