**United States Government**
MEMORANDUM

FILED by ___WK___ D.C.

MAR 1 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.

**DATE:** March 4, 2004

**FROM:** Karen G. Anderson KGA
United States Probation Officer
Hollywood, Florida
(954)769-5575

**SUBJECT:** CUMMINGS, Kevin
Docket No. 00-6253-CR-MARTINEZ
SD/FL PACTS No. 65369

**TO:** The Honorable Jose E. Martinez
U. S. District Judge, Miami, Florida

### REQUEST TO TOLL A TERM OF SUPERVISED RELEASE

On February 9, 2001, Kevin Cummings was sentenced by the Honorable Norman C. Roettger, to 21 months imprisonment, followed by a three year term of supervised release, for the offense of Making False Claims to Medicare, in violation of title 18 U. S. C. §287, a Class D felony.

On March 21, 2002, Mr. Cummings completed his term of imprisonment and commenced his period of supervision in the Southern District of Florida. This period of supervision is due to expire on March 20, 2005. On October 7, 2002, Mr. Cummings was arrested by the United States Marshal Service in response to a warrant issued by the Gardner District Court, for the charges of Rape of a Child, counts 1, 2, 4, 5 and 6, and Indecent Assault and Battery on a Child under the age of 14, counts 3 and 7. On October 30, 2002, a pre-trial hearing was held before the Gardner District Court. The case was continued and bond was set at $50,000 bond. The offender was unable to post bond and remained in custody. On May 23, 2003, the offender was convicted of count three and sentenced to 2 years imprisonment. As to count seven, the offender was placed on four years probation, which is consecutive to the sentence imposed in count three. The remaining counts were dismissed.

Presently, Mr. Cummings is serving his State of Massachusetts prison term and is not available for community supervision. Since the conduct of the offense cited above pre-dates the sentencing date of the offense for which the offender was under federal supervision, this officer did not file a Petition for Violation of Supervised Release. However, as outlined under 18 U. S. C. §3624(e), the supervised release does not run during any period in which a person is imprisoned in connection with a conviction for a federal, state or local crime unless the imprisonment is for a period of less than thirty consecutive days. It should also be noted, the offender is scheduled to be released on July 22, 2004.



The Honorable Jose E. Martinez
U. S. District Judge, Miami, Florida
March 4, 2004
Page 2

                                            RE:    CUMMINGS, Kevin
                                                       DOCKET NO:00CR6253MARTINEZ

      Therefore, based on the information outlined above, it is the recommendation that the period from October 7, 2002 until his release from incarceration from Gardner Massachusetts District Court Case number 0263CR1398 be tolled.

      If the court is in agreement with our recommendation, please indicate below and sign the attached order. If the court has questions or concerns regarding this matter, please call me at (954)769-5575.

                                                          Respectfully submitted,


Reviewed and Approved by _____
                                    Beverly Young, Supervising
                                    United States Probation Officer


        _____X_____ I agree that the term of supervised release ordered should be tolled

        _____ I disagree with the recommendation. The term of supervised release should not be tolled. The matter must be set for a hearing before the court.

_____                12 March 2004
The Honorable Jose E. Martinez                              Date
U. S. District Court Judge, Miami, Florida