UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by _____ D.
MAR 1 ? 2004
CLARENCE MADDOX
CLERK U.S. DIST.

Case Number: 00-6253-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN CUMMINGS,

    Defendant.
_____/

### ORDER TOLLING THE TERM OF SUPERVISED RELEASE

THIS MATTER is before the Court pertaining to a request filed by the United States Probation Office on March 4, 2004, requesting that the defendant's term of supervised release be tolled until the defendant makes himself available for community supervision.

**ORDERED AND ADJUDGED** as follows:

1. The period of supervised release ordered on February 2, 2001, is hereby tolled from October 7, 2002, until such time as the defendant makes himself available for community supervision.

DONE AND ORDERED in Chambers at Miami, Florida, March 12, 2004.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Robert N. Nicholson, AUSA
Timothy Day, Esq
U.S. Probation Office

